SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
 JUSTICES

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

April 11, 2013

**RE:** **Court of Appeals Number:** 01-11-01074-CV
**Trial Court Case Number:** 0758763B

**Style:** East Houston Estate Apartments, L.L.C. v. Chase Bank of Texas, N.A.

The opinion issued on November 1, 2012 had an incorrect Trial Court case number. This corrected opinion reflects the correct Trial Court case number.

Please replace your previous copy with this corrected copy.

Thank you.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ruth Marcom, Deputy Clerk